```
                    UNITED STATES BANKRUPTCY COURT
                     EASTERN DISTRICT OF MISSOURI
                           EASTERN DIVISION


IN RE:                          )   CASE NO: 06-40540-399
                                )
STEPHEN JONES                   )
                                )   CHAPTER 13
                                )
                                )
             DEBTOR(S)          )


              LIST OF UNCLAIMED FUNDS AND ENTITIES
                 WHICH ARE ENTITLED TO PAYMENT
```

COMES NOW JOHN V. LABARGE, JR., CHAPTER 13 TRUSTEE, AND PROVIDES LIST FOR FILING PURSUANT TO BANKRUPTCY RULE 3011. THE FOLLOWING IS A LIST OF ALL KNOWN NAMES AND ADDRESSES OF THE ENTITIES AND THE AMOUNTS WHICH THEY ARE ENTITLED TO BE PAID FROM REMAINING PROPERTY OF THE ESTATE THAT IS PAID HEREWITH INTO COURT PURSUANT TO 11 U.S.C. SECTION 347(A):

```
CENTRAL CASH ADVANCE
11821 ADIE RD                        $              2.70

MARYLAND HEIGHTS MO
136091              63043


                                /s/ John V. LaBarge, Jr.
                                -----------------------------------
DATE: August 31, 2009           JOHN V. LABARGE, JR.,
                                CHAPTER 13 TRUSTEE
                                P.O. Box 430908
                                St. Louis, MO 63143
XC -091                         (314) 781-8100   trust33@ch13stl.com
```